**Order entered March 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00638-CR
No. 05-14-00639-CR

**ZANTAR LADON KELLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-00158-S**

## ORDER

The Court **REINSTATES** the appeals.

On February 13, 2015, we denied appellant's motion to extend time to file his brief and ordered the trial court to make findings. On March 9, 2015, we received appellant's brief. Therefore, in the interest of expediting the appeals, we **VACATE** the February 13, 2015 order to the extent it requires findings.

We **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
       JUSTICE